622 A.2d 1294

STATE OF NEW JERSEY, PLAINTIFF-APPELLANT,
v. TRACY MINGO, DEFENDANT-RESPONDENT.

Argued February 17, 1993—Decided April 8, 1993.

*Robin Parker,* Deputy Attorney General, argued the cause for appellant (*Robert J. Del Tufo,* Attorney General of New Jersey, attorney).

*Stephen W. Kirsch,* Assistant Deputy Public Defender, argued the cause for respondent (*Zulima V. Farber,* Public Defender, attorney).

PER CURIAM.

The judgment is reversed, substantially for the reasons expressed in Judge D'Annunzio's dissenting opinion for the Appellate Division, reported at 263 *N.J.Super.* 296, 622 *A.*2d 1306 (1992).

*For reversal* —Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For affirmance* —None.